**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:        RSS MSBAM2014C17-TX HAH, LLC v. Houston Airport Hospitality LP, Pacifica Host, Inc. and Pacifica Harbor View Two, L.P.

Appellate case number:    01-21-00042-CV

Trial court case number:  2018-06512

Trial court:              133rd District Court of Harris County

      This appeal was abated for the trial court to issue findings of fact and conclusions of law. A supplemental clerk's record has been filed including the requested findings of fact and conclusions of law. Accordingly, the appeal is reinstated on the Court's active docket.

      It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                               Acting individually


Date: __February 8, 2022___